IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMARU-AWA MERCHANDISING INC., | No. C 06-02396 WHA |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL FOR LACK OF PROSECUTION** |
| AIR WEAR NYC, INC., | |
| Defendant. / | |

The parties failed to appear at the case management conference scheduled for today at 11:00 a.m. The Court waited until 12:15 p.m. and the parties did not show up. This order, therefore, dismisses this action for lack of prosecution. The parties have until August 3, 2006 at noon to seek reconsideration of the dismissal.

**IT IS SO ORDERED.**

Dated: July 20, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE